**FILED**

JUL 09 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE AVON DAVIES,                           )      No. C 14-02422 EJD (PR)
                                             )
          Plaintiff.                         )      ORDER ADMINISTRATIVELY
                                             )      CLOSING CASE
                                             )
                                             )
_____      )

      Plaintiff, a prisoner at the Solano State Prison in Vacaville, California, sent a letter to this Court which was opened as a civil rights complaint on May 27, 2014. Plaintiff was notified that he must file a complaint using the court's form complaint and that he must pay the filing fee or file an In Forma Pauperis application. (Docket Nos. 2 & 3.) In response, Plaintiff has filed several letters which indicate that he was pursing post-judgment relief for another action which was dismissed for failure to exhaust administrative remedies. See Davies v. Delavega, et al., No. C 13-5893 EJD (PR) (N.D. Cal. Feb. 19, 2014).

      The letter opening this action was addressed to Judge Thelton E. Henderson, as an attempt to gain intercession in his earlier action cited above. (Docket No. 1 at 1.) Accordingly, it appears that this action was opened in error. The Clerk shall administratively close this action.

DATED: _____7/8/14_____

_____
EDWARD J. DAVILA
United States District Judge

United States District Court
For the Northern District of California

Order Closing Case
P:\PRO-SE\EJD\CR.14\02422Davies_adm.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE AVON DAVIES,

           Plaintiff.

Case Number: CV14-02422 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/09/14_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Avon Davies J-42775
Solano State Prison
P.O. Box 4000
Vacaville, Ca 95696

Dated: _____7/09/14_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk