IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AVON DAVIES,         ) | No. C 14-02422 EJD (PR) |
|                            ) | |
| Plaintiff.            ) | ORDER REOPENING CASE |
|                            ) | |
|                            ) | |
|                            ) | |
|                            ) | |

On July 9, 2014, the Court ordered the matter administratively closed as it appeared the case was opened in error. Plaintiff filed a complaint in the matter, indicating that he desires to pursue a civil action under 42 U.S.C. § 1983, (Docket No. 9), along with an In Forma Pauperis Application, (Docket Nos. 10 & 11). In the interest of justice, the matter shall be reopened, and the Court will conduct an initial review of the complaint in a separate order.

The Clerk shall reopen this action.

DATED:  8/8/2014

EDWARD J. DAVILA
United States District Judge

Order Reopening Case
P:\PRO-SE\EJD\CR.14\02422Davies_reopen.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE AVON DAVIES,

        Plaintiff.

Case Number: CV14-02422 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   8/8/2014  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Avon Davies J-42775
Solano State Prison
P.O. Box 4000
Vacaville, Ca 95696

Dated:   8/8/2014

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk